■ STEVEN CROSS et al., Appellants, v CIM GROUP, LLC, et al., Respondents. [60 NYS3d 806]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered August 3, 2016, which denied plaintiffs' motion for partial summary judgment on the issue of liability on their Labor Law § 240 (1) claim, unanimously reversed, on the law, without costs, and the motion granted.

Plaintiff ironworker Steven Cross was walking across an installed steel "q-decking" floor on a construction site, when two sheets of the decking floor collapsed, causing him to fall to the floor below. Even though the decking was to become a permanent part of the floor of the building under construction, it is undisputed that, at the time of the accident, additional work needed to be done, including the pouring of concrete, before the floors would be complete. On this record, plaintiff was entitled to summary judgment as to liability on his claim under Labor Law § 240 (1) (*see Berrios v 735 Ave. of the Ams., LLC*, 82 AD3d 552 [1st Dept 2011]). Concur—Friedman, J.P., Manzanet-Daniels, Kapnick, Kern and Singh, JJ.